**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. 25-CR-916-KG

HARVEY JOHNSON,

Defendant.

**DEFENDANT HARVEY JOHNSON'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW Defendant, Harvey Johnson, by and through his counsel of record, Joel R. Meyers, of the Law Office of Joel R. Meyers, LLC, and hereby respectfully moves the Court for an order continuing the Sentencing currently scheduled for September 29, 2026. As grounds, Defendant states:

1. On April 29, 2025, and pursuant to a plea agreement (Doc. 4) Mr. Johnson pleaded guilty to a one-count information (Doc. 1) charging a violation of 18 U.S.C. § 1951(a). *See* Doc. 6. Notably, Mr. Johnson pleaded guilty without the benefit of discovery in this matter. *See* Doc. 4, ¶ 32.

2. By order of United States District Judge James O. Browning, sentencing (and the preparation of a presentence report) was postponed for many months. *See* Docs. 8 and 9.

3. On June 24, 2026, by order of this Court, that stay was lifted. *See* Docs. 14 and 15.

4. That same day, this Court scheduled sentencing for September 29, 2026. *See* Doc. 16. The Court also set other sentencing related deadlines. *Id*.

5. Mr. Johnson was only recently interviewed in connection with the preparation of his Presentence Report (PSR). As a result, the PSR has not yet been disclosed to the parties.

6. Once the PSR is disclosed, undersigned counsel will require significant time to meet and confer with Mr. Johnson to review the PSR and to prepare a sentencing memorandum on Mr. Johnson's behalf.

7. Additionally, the United States has produced approximately 500 gigabytes of discovery to date, which contains approximately 1,016,359 pages of discovery. The United States is finalizing its discovery production, to include providing an additional approximate three terabytes of discovery, which is primarily media. While the United States provided an index with this discovery to facilitate counsel's review as it relates to Mr. Johnson, additional time is needed to review the discovery materials with Mr. Johnson to prepare for sentencing.

8. As a result, undersigned counsel requests at least a 90-day continuance of Mr. Johnson's sentencing (and related deadlines) to accommodate a review of the discovery and a preparation of a sentencing memorandum.

9. This motion is not made for purposes of delay as both Mr. Johnson and the government seek a speedy conclusion to this matter.

10. Counsel for the government, Assistant United States Attorney Shana B. Long, does not oppose this motion.

WHEREFORE, for the foregoing reasons, Mr. Johnson respectfully requests that the Court enter an Order continuing the September 29, 2026 sentencing (and related deadlines) in this matter for a period of no less than 90 days.

Respectfully Submitted,

/s/ Joel R. Meyers

Joel R. Meyers
The Law Office of Joel R. Meyers, LLC
1000 Cordova Place, #930
Santa Fe, NM 87505
jrm@jrmeyerslaw.com
(505) 847-7757
(505) 847-5929 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2026, I filed the foregoing electronically through the CM/ECF system, which caused Counsel for the Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Shana Long
Katherine Lewis
Assistant United States Attorneys
United States Attorney's Office
201 Third Street NW, Suite 900
Albuquerque, NM 87103

/s/ Joel R. Meyers